# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 16, 2026

## NO. 03-25-00469-CV

**Lana Shannon, Appellant**

**v.**

**Austin Leased Housing Associates II, Limited Partnership, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND ELLIS**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment signed by the trial court on July 8, 2025. Having reviewed the record, the Court holds that Lana Shannon has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.